

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00196-CV

**IN THE MATTER OF THE GUARDIANSHIP OF** Carlos Y. **BENAVIDES** Jr.,
an Incapacitated Person

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's February 5, 2013 Order compelling the production of documents and awarding $1,500.00 in attorney's fees as sanctions to the Estate of Carlos Y. Benavides Jr. is REVERSED and judgment is RENDERED that Jesus Guillen, Attorney Ad Litem for Carlos Y. Benavides Jr. take nothing on his request for sanctions.

It is ORDERED that appellant Richard Leshin recover his costs of this appeal from the Estate of Carlos Y. Benavides Jr.

SIGNED April 16, 2014.

_____
Luz Elena D. Chapa, Justice